**Ronald COFFMAN, Employee/Appellant,**

v.

**CHRYSLER CORP., Employer,**

**and**

**Treasurer of Missouri as Custodian of Second Injury Fund, Respondent.**

No. 70403.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 11, 1997.

Harry J. Nichols, St. Louis, for employee/appellant.

James B. Kennedy, St. Louis, for Chrysler Corp.

Joy I. Hannel, St. Louis, for Treasurer of Mo.

Before RHODES RUSSELL, P.J., and PUDLOWSKI and SIMON, JJ.

### ORDER

PER CURIAM.

Ronald Coffman appeals from the decision of the Labor and Industrial Relations Commission denying him compensation from the Second Injury Fund in that his claim was filed outside the applicable two-year statute of limitations. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).